# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON M. HIMMEL, | : | |
| Petitioner | : | |
| | : | No. 1:18-cv-00784 |
| v. | : | |
| | : | (Judge Rambo) |
| SCI DALLAS, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 19th day of November 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for relief form judgment (Doc. No. 9), is **DEEMED withdrawn**;

2. Petitioner Jason M. Himmel's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**;

3. No certificate of appealability shall issue, as Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); see also Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge